Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the  
Central District of Illinois

| | |
|---|---|
| Daniel Clark <br><br> Plaintiff <br><br> vs. <br><br> Roger Walker Jr; Roberta Fews; Melvin Hinton; Randy Pfister; Dr. John Garlic; Sylvia Mahone; William O Elyea; Daidra Marrone; Scott McCormick; Michael Demisey; Andrea Moss; William Alley; Todd Nelson; Lina Duckworth; Pamlar Rayburn; Jineffer Reed; Stephen Lanterman; Wexford Health Services Inc; Susan Prentice; Todd Punke; William Lee; Jacob Liles; Zachary Smith; Brian Schmeltz; Bradford; Beaupie; D. Brown; Illinois Department of Corrections; James Berry; Darryl Lewis; <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case Number: 15-1306 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Melvin Hinton, Dr. John Garlic, Andrea Moss, Susan Prentice, Todd Punke, William Lee, Jacob Liles, Zachary Smith, Brian Schmeltz, and Darryl Lewis. This case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that Roger Walker Jr, Roberta Fews, Randy Pfister, Sylvia Mahone, William O. Elyea, Daidra Marrone, Scott McCormick, Michael Demisey, William Alley, Todd Nelson, Lina Duckworth, Pamlar Rayburn, Jineffer Reed, and Stephen Lanterman were all dismissed on 10/14/2015 by the filing of an Amended Complaint.

**IT IS FURTHER ORDERED AND ADJUDGED** that Wexford Health Services Inc, .Bradford, .Beaupie, D Brown and Illinois Department of Corrections were terminated on 5/10/2016 through the Case Management Order.

**Dated: 5/22/2017**

                          s/ Kenneth A. Wells
                          Kenneth A. Wells
                          Clerk, U.S. District Court